### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br><br>Master Docket No. 2:18-mn-2873<br><br>**This Document Relates to:**<br><br>**Civil Action No. 2:23-cv-28-RMG**<br>*State of Wisconsin v. 3M, et al.,* |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Motion for Leave to File Second Amended Complaint and accompanying exhibits, Plaintiff, State of Wisconsin, moves this Court for an Order pursuant to Federal Rule of Civil Procedure 15(a)(2) granting the State leave to file its proposed Second Amended Complaint in this action.

Counsel for the State conferred with Co-Lead Counsel for Plaintiff prior to the filing of this Motion. Co-Lead Counsel for Plaintiff provided their consent. Furthermore, pursuant to Local Rule 7.02, counsel for the State conferred with counsel for Defendants that have appeared in this action prior to the filing of this Motion and shared with them the Second Amended Complaint and a redline comparison of the Second Amended Complaint to the State's First Amended Complaint. The State received no objection to the relief sought herein.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Rule 7.06, opposing affidavits and memoranda of law, if any, must be filed within fourteen days of the filing of this Motion, unless the parties agree otherwise or the Court imposes a different schedule.

RESPECTFULLY SUBMITTED this 1st day of **November**, 2024.

Dated: November 1, 2024

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Bradley J. Motl*
BRADLEY J. MOTL
Assistant Attorney General
State Bar #1074743
SARAH C. GEERS
Assistant Attorney General
State Bar #1066948
TRESSIE K. KAMP
Assistant Attorney General
State Bar #1082298

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Tel.: (608) 266-2950
Fax: (608) 294-2907
Email: motlbj@doj.state.wi.us
       geerssc@doj.state.wi.us
       kamptk@doj.state.wi.us

SHER EDLING LLP

*/s/ Ashley B. Campbell*
ASHLEY B. CAMPBELL

Victor M. Sher
Matthew K. Edling
Stephanie D. Biehl
Gretel L. Lee
Quentin C. Karpilow

100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Tel:    (628) 231-2500
Fax:    (628) 231-2929
Email: ashley@sheredling.com
       vic@sheredling.com
       matt@sheredling.com
       stephanie@sheredling.com
       gretel@sheredling.com
       quentin@sheredling.com

*Attorneys for the State of Wisconsin*